UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIA GARCIA MENDOZA; and FRANCISCO MORENO MAGANA, <br><br> Plaintiffs, <br><br> v. <br><br> QUALITY LOAN SERVICE CORP OF WASHINGTON; QBE INSURANCE; BALBOA INSURANCE; and PARAGON CLAIMS, <br><br> Defendants. | NO: 1:15-CV-3009-TOR <br><br> ORDER OF DISMISSAL |

On October 30, 2015, the Court held a telephonic status conference. *See* ECF No. 41. Jeremy H. Rogers appeared on behalf of Defendants QBE Insurance and Balboa Insurance. Lance E. Olson appeared on behalf of Defendant Quality Loan Service Corp. of Washington. Plaintiffs, who are purportedly proceeding *pro se*, failed to make an appearance.

It has become apparent that the named Plaintiffs are not conducting this case. The case is currently being prosecuted by a third party, Wayne Rudder. *See*

ORDER OF DISMISSAL ~ 1

ECF No. 38 at ¶¶ 3-a; 3-c (explaining Wayne Rudder claims to be representing the interests of the Plaintiffs through a power-of-attorney and refuses to provide Plaintiffs' contact information to Defendants' counsel). Mr. Rudder is neither a Washington attorney nor admitted to practice before this Court. As this Court explained in its August 4, 2015 Order, *see* ECF No. 36 at 19-20, non-lawyers have no authority to prosecute lawsuits on behalf of other individuals even where the non-lawyer has been granted a power of attorney. *See, e.g., Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997). Importantly, the practice of law by non-lawyers is also a crime under Washington State law. RCW 2.48.180(3)(a). At this time, Defendants do not request further sanctions, but this Court will refer this matter to the Washington State Bar for further investigation.

It appears from the record before the Court that Mr. Rudder has been forging the Plaintiffs' signatures and prosecuting this matter without their knowledge. Because Mr. Rudder has no authority to bring claims on behalf of Plaintiffs, all claims asserted in this action are dismissed. *See Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986) ("District courts have inherent power to control their dockets.").

//

//

//

ORDER OF DISMISSAL ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. All claims and causes of action in this matter are **DISMISSED** without prejudice.

2. The District Court Executive is directed to enter this order and judgment accordingly, furnish copies to counsel and Plaintiffs, mail a copy of this Order to the Disciplinary Counsel of the Washington State Bar Association, and **CLOSE** this file.

**DATED** November 4, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 3